STATE v. FEIMSTER

No. 187P91

Case below: 102 N.C.App. 353

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 12 June 1991.

STATE v. HICKS

No. 179P91

Case below: 102 N.C.App. 134

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 12 June 1991.

STATE v. HINSON

No. 175P91

Case below: 102 N.C.App. 29

Motion by the Attorney General to dismiss appeal for lack of substantial constitutional question allowed 12 June 1991. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 12 June 1991.

STATE v. LEWIS

No. 140P91

Case below: 101 N.C.App. 575

Motion by the Attorney General to dismiss appeal for lack of substantial constitutional question allowed 12 June 1991. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 12 June 1991.

STATE v. MASSEY

No. 91P91

Case below: 100 N.C.App. 758

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 12 June 1991.